UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEWIS MILLS & CO. LLC, | ) | CHAPTER 7 |
| | ) | CASE NO. 16-11328-FJB |
| | ) | |
| Debtor | ) | |

**CHAPTER 7 TRUSTEE'S OBJECTIONS TO CLAIMS**

Mark G. DeGiacomo, the duly appointed Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Lewis Mills & Co. LLC (the "Debtor") hereby makes the following Objection to Claim pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure and Massachusetts Local Bankruptcy Rule 3007-1.

**Claimants receiving this Objection should locate their names and claims in this Objection.**

1. The Trustee objects to the secured proof of claim of **Landshandilin Demark PF,** filed on May 26, 2016, in the amount of **$31,865.09** and identified as **Claim No. 10** on the Claims Register. As grounds for this objection, the Trustee states that this proof of claim is a duplicate of **Claim No. 2**. Therefore, the Trustee states that **Claim No. 10** should be disallowed.

**Recommended allowance: $0.**

2. The Trustee objects to the secured proof of claim of **Ice Fresh Seafood,** filed on June 17, 2016, in the amount of **$409,729.43** and identified as **Claim No. 12** on the Claims Register. As grounds for this objection, the Trustee states that this proof of claim appears to be a duplicate of **Claim No. 13**. Therefore, the Trustee states that **Claim No. 12** should be disallowed.

**Recommended allowance: $0.**

3. The Trustee objects to the proof of claim of **MBTS, 13 Elm Street, LLC** filed on May 4, 2016. This proof of claim asserts a general unsecured claim in the amount of **$129,070.00**, and is identified as **Claim No. 3** on the Claims Register. As grounds for this objection, the Trustee states that the Claimant (the Debtor's former landlord) fails to provide a breakdown as to how this claim is calculated and it appears it is not calculated as required by 11 U.S.C. §502(b) (6). The Trustee states that **Claim No. 3** should be disallowed.

**Recommended allowance: $0**.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order sustaining the objection set forth herein.

Respectfully submitted,
MARK G. DEGIACOMO, CHAPTER 7
TRUSTEE OF THE ESTATE OF
LEWIS MILLS & CO. LLC,

/s/Anthony R. Leone

Anthony R. Leone, Esq. BBO #681760
Mark G. DeGiacomo, Esq. BBO #118170
Murtha Cullina LLP
99 High Street
Boston, MA02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@murthalaw.com
aleone@murthalaw.com

Dated: April 11, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| LEWIS MILLS & CO. LLC, | ) CHAPTER 7 |
| | ) CASE NO. 16-11328-FJB |
| | ) |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

I, Anthony R. Leone, hereby certify that on the 11th day of April, 2017, I served a copy of the ***Chapter 7 Trustee's Objections to Claims***, via first-class mail, postage prepaid or by electronic transmission as indicated upon the parties listed on the attached Service List.

/s/ *Anthony R. Leone*
Anthony R. Leone, Esq.

John Fitzgerald, Asst. U.S. Trustee*
Office of the US Trustee
J.W. McCormack P.O. & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Lewis Mills & Co, LLC
13 Elm Street
Manchester, MA 01944

David B. Madoff, Esq.*
Madoff & Khoury LLP
124 Washington Street, Suite 202
Foxborough, MA 02035

Tom Tetreault
MBTS , 13 Elm Street LLC
100 Cummings Center, Suite 321E
Beverly, MA 01915

James M. Liston, Esq.*
Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**Landshandilin P/F**
**Box 17 Arkanesgota 11-110**
**Torhsave**
**Faroe Islands**

**Ice Fresh Seafood/Samherji Hf**
**Gierargotu 30**
**6000 Akureyri**
**Iceland**

**Landshandilin Danmark APS**
**c/o Euler Hermes Collection North American Agent**
**800 Red Brook Blvd, Suite 400C**
**Owings Mills, MD 21117**

J. Nicole Knox, Esq.
Schenck, Price, Smith & King, LLP
220 Park Avenue
Florham Parkm, NJ 07932

16-